IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK STEELE<br><br>                Defendant. | **8:17CR113**<br><br>**ORDER** |

      This matter is before the court on Defendant's unopposed Motion to Continue Trial [54]. Defendant's counsel is seeking additional time to finalize a plea agreement with the government. For good cause shown,

      **IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [54] is granted as follows:

      1. The jury trial, now set for February 6, 2018, is continued to **March 27, 2018**.

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 27, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 25th day of January, 2018.

                                                              BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge