IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR113 |
| vs. | |
| MARK STEELE, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture, ECF No. 72. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On April 25, 2018, the Court entered a Preliminary Order of Forfeiture, ECF No. 63, pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Count I of the Indictment and his agreement to admit to the Forfeiture Allegation. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $363,629.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 9, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 9, 2018. ECF No. 71.

3. The Court has been advised by the United States that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Accordingly, the Plaintiff's Motion for Final Order of Forfeiture will be granted.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture, ECF No. 72, is granted;

B. All right, title and interest in and to the $363,629.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $363,629.00 in United States currency is forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

Dated this 11th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge