**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK STEELE, <br><br> Defendant. | 8:17CR113 <br><br> ORDER |

This matter is before the Court on the Unopposed Motion to Extend Surrender Time, ECF No. 74. Defendant requests an order extending his current surrender date of September 10, 2018, at 1:00 p.m. for thirty days. The Government does not oppose the Motion. Having reviewed the Motion, the Court concludes it should be granted. Accordingly,

IT IS ORDERED:

1. The Unopposed Motion to Extend Surrender Time, ECF No. 74, is granted; and

2. Defendant Mark Steele shall self-surrender to the facility designated by the Bureau of Prisons at 1:00 p.m. on October 10, 2018.

Dated this 31st day of August, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge